UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **VENUS VELONIS PIERCE,** | )<br>) |
| Plaintiff, | )<br>) Case No. EDCV 13-750 AJW |
| v. | )<br>) **J U D G M E N T** |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **reversed,** and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

May 23, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge